NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

FRED E. EVANS, NANCY A. EVANS, RANDY W.
FROEBE, DEBRA J. FROEBE, GENEVA GRUBBS,
NORMA LOU HALL, SHIRLEY HENDRICKS,
DAVID HOUSER, GAIL HOUSER, PATRICK J.
O'BRYAN, TRUSTEE OF THE PATRICK J.
O'BRYAN REVOCABLE LIVING TRUST UNDER
AGREEMENT DATED 9/7/2001, LESTER ROARK,
DONALD LEE ROPER, II, AND B. LORENE SOPER,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2010-1303

---

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2096, Chief Judge Kathryn H. Vratil.

-------------------------------------------------

---

EDWARD L. BRIGHT, II, CLARENCE FORKNER,
HOMER E. HAMILTON, DEBBIE M. HAMILTON,
RICKY D. RUSSELL, BRADY J. STUART, AND ROSE
M. STUART,

*Plaintiffs-Appellants,*

**AND**

**EARLEEN FAUVERGUE,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1385

---

Appeal from the United States District Court for the Western District of Missouri in case no. 09-CV-5014, Judge Richard E. Dorr.

---

**ON MOTION**

---

**O R D E R**

Fred E. Evans, et al. move for a 30-day extension of time, until February 15, 2012 to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JAN 17 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark F. Hearne, II, Esq
     Katherine J. Barton, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
CLERK